# IN THE SUPREME COURT
# STATE OF NORTH DAKOTA

## 2025 ND 210

State of North Dakota,                                           Plaintiff and Appellee

v.

Reuben Dale Running Bear,                              Defendant and Appellant

## No. 20250138

Appeal from the District Court of Burleigh County, South Central Judicial District, the Honorable James S. Hill, Judge.

AFFIRMED.

Per Curiam.

Gabrielle J. Goter and Shaun H. Peterson, Assistant State's Attorneys, Bismarck, ND, for plaintiff and appellee; on brief.

Jamie L. Schaible, Fargo, ND, for defendant and appellant; on brief.

**State v. Running Bear**
No. 20250138

**Per Curiam.**

[¶1]   Reuben Dale Running Bear appeals from a criminal judgment entered after a jury convicted him of child abuse of a victim under six years of age, a class B felony. Running Bear argues there was insufficient evidence to support his conviction.

[¶2]   "In reviewing challenges to the sufficiency of the evidence on appeal, the defendant bears the burden of showing the evidence reveals no reasonable inference of guilt when viewed in the light most favorable to the verdict." *State v. Grant*, 2023 ND 62, ¶ 18, 988 N.W.2d 563 (cleaned up).

[¶3]   Based on our review of the record, we conclude there was sufficient evidence to support the guilty verdict. We summarily affirm under N.D.R.App.P. 35.1(a)(3).

[¶4]   Jon J. Jensen, C.J.
       Daniel J. Crothers
       Lisa Fair McEvers
       Jerod E. Tufte
       Douglas A. Bahr